440 A.2d 1253

Commonwealth v. King, Appellant.

Submitted December 5, 1980. Francis J. Moran, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Judgment of sentence dated April 23, 1980 is affirmed.